PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 99-13381
_____

D.C. Docket No. 95-01212-CV-A-N

JACQUELINE TURNER, on behalf of herself and all others
similarly situated,

Plaintiff-Appellant,

versus

BENEFICIAL CORPORATION, BENEFICIAL
NATIONAL BANK USA,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(Opinion December 21, 2000, ___ F.3d ____, 11th Cir., 2000)

(January 3, 2001)

Before ANDERSON, Chief Judge, TJOFLAT,  EDMONDSON, BIRCH, DUBINA, BLACK,
CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether rehearing should be granted,  and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.